UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL CROSBY (#535781)** | **CIVIL ACTION** |
| **VERSUS** | |
| | **23-139-SDD-RLB** |
| **WARDEN AT RCC, ET AL.** | |

## RULING

On or about February 22, 2023, the *pro se* petitioner filed a Petition for Writ of Habeas Corpus. The petition was not on an approved form and the petitioner pay the Court's filing fee or submit a Motion to Proceed *in Forma Pauperis*. Pursuant to correspondence dated May 2, 2023 (R. Doc. 2), the Court directed the plaintiff to correct the aforementioned deficiencies within 21 days and advised that failure to do so would result in dismissal of his suit without further notice.

A review of the record by the Court reflects that, despite notice and an opportunity to appear, the plaintiff has failed to respond to the Court's directives. As such, the petitioner's action shall be dismissed, without prejudice, for failure to correct the deficiencies of which he was notified. Accordingly,

**IT IS ORDERED** the above-captioned proceeding be **DISMISSED, WITHOUT PREJUDICE**. Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana on June 23, 2023.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**